IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3: 04-CR-4(CAR) |
| TONY OUZTS | : |

## **GOVERNMENT'S RULE 35 MOTION**

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and moves the Court pursuant to Federal Rules of Criminal Procedure Rule 35(b) to lower the above-captioned Defendant's sentence to reflect the Defendant's subsequent substantial assistance in the investigation of others involved in criminal activity. In support of its motion the Government alleges the following:

(1)

The Defendant was sentenced on October 13, 2005. This motion is being filed within one year of sentence.

(2)

As a result of the Defendant's cooperation the Government was able to investigate and prosecute other individuals in the Albany Division of the U.S. Attorney's office.

WHEREFORE the Government moves the Court to stay consideration of this Rule 35 Motion on behalf of the Defendant until his cooperation has concluded and the Government can present a report of the extent of Defendant's cooperation, in order to determine its quality in light of the present investigation. Consequently, the Government requests this Court stay its review of the motion until a memorandum has been filed in the determining the full extent of the Defendant's cooperation.

Respectfully submitted this 29th day of June, 2006.

                                      G.F. PETERMAN, III
                                      ACTING U.S. ATTORNEY

BY:    s/TAMARA A. JARRETT
         Georgia Bar No. 389629
         Assistant U.S. Attorney
         United States Attorney's Office
         Middle District of Georgia
         P.O. Box 1702
         Macon, Georgia 31202
         (478) 752-3511

# CERTIFICATE OF SERVICE

I, TAMARA A. JARRETT, Assistant United States Attorney, hereby certify that on the 29th day of June, 2006, I electronically filed the within and foregoing GOVERNMENT'S RULE 35 MOTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> John McArthur
> McArthur & McArthur
> P.O. Box 893
> Athens, Georgia 30603
> E-mail: millermcarthur@hotmail.com

>> G.F. PETERMAN, III
>> ACTING U.S. ATTORNEY


> BY: s/TAMARA A. JARRETT
> Georgia Bar No. 389629
> Assistant U.S. Attorney
> United States Attorney's Office
> Middle District of Georgia
> P.O. Box 1702
> Macon, Georgia 31202
> (478) 752-3511