# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA, ATHENS DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| TONY R. OUZTS | Case Number 3:04-CR-00004-001-CAR |
| | USM Number: 91960-020 |
| | John J. McArthur |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1 & 3.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) & (a)(1)(C) & 18:2 | Possession w/intent to distribute amphetamine | 01/14/2004 | 1 |
| 18 U.S.C. § 922(g)(1) and 924(a)(2) | Possession of a Firearm by a Convicted Felon | 01/14/2004 | 3 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s).

☒ Count(s) 2 is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material changes in economic circumstances.

October 13, 2005
Date of Imposition of Sentence

*Signature of Judge*
C. ASHLEY ROYAL, United States District Judge

17 OCT 2005
Date Signed

A true and certified copy,
This 10/17, 20 05
GREGORY J. LEONARD, CLERK
U. S. Dist. Court, MD Ga.
By: _____ DEPUTY CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons on Counts 1 & 3 to be served concurrently, for a total term of 77 months.

☒ The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends to the Bureau of Prisons that you be allowed to participate in the residential drug abuse program (RDAP) while confined.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this district:

　　☐ at　　　　　　☐ a.m.　☐ p.m.　On

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __6-30-06__ to __Ime__

at __Lexington, Ky__, with a certified copy of this judgment.

Stephen M. Ouhot, Warden
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal